**Karen Sansone CARADONNA, Appellant,**

v.

**Thomas L. CARADONNA, Respondent.**

**No. ED 97833.**

Missouri Court of Appeals, Eastern District, Division Three.

Jan. 29, 2013.

Joe D. Jacobson, Clayton, MO, for appellant.

Joanne Martin Descher, St. Louis, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Karen Sansone Caradonna (Wife) appeals from the trial court's judgment dis-solving her marriage to Thomas Caradon-na (Husband). On appeal, Wife contends the trial court erred in its calculation of maintenance and in its division of property and debt. We do not find the court abused its discretion in its calculation of maintenance or in its division of property and debt. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum set-ting forth the reasons for our decision. We affirm the judgment of the motion court pursuant to Rule 84.16(b).